```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CARLOS ALFREDO,                                 :
                                                :
                           Plaintiff,           :
                                                :           1:22-cv-3087-GHW
            -against-                           :
                                                :                ORDER
CITY OF NEW YORK, *et al.*,                     :
                                                :
                           Defendants.          :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated April 15, 2022, Dkt. No. 4, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than December 8, 2022. The Court has not received either document. The parties are directed to comply with the Court's April 15, 2022 order forthwith, and in no event later than December 12, 2022.

SO ORDERED.

Dated: December 9, 2022
New York, New York
                                                        _____
                                                              GREGORY H. WOODS
                                                           United States District Judge